WILLIE HARRIS *v.* COMMISSIONER OF CORRECTION

The petitioner Willie Harris' petition for certification for appeal from the Appellate Court, 105 Conn. App. 901 (AC 28526), is denied.

*Laljeebhai R. Patel,* special public defender, in support of the petition.

*Sarah Hanna,* deputy assistant state's attorney, in opposition.

Decided March 6, 2008

STANFORD SUTTON *v.* MINERVA LACHIRA

The petition and the petition as amended by the defendant for certification for appeal from the Appellate Court (AC 28843) is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Minerva Lachira,* pro se, in support of the petition.

*Robert M. Frost, Jr.,* in opposition.

Decided March 6, 2008